UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BNK 2018-BNK13 LLC 10 EAST 34TH STREET LLC,

Plaintiff,

v.

10EAST34TH, LLC, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD, JOHN DOE NO. 1 TO JOHN DOE NO. 100,

Defendants.

26-CV-6952 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of the parties' Proposed Stipulation and Order concerning the appointment of a receiver. *See* Dkt. 13. No later than October 21, 2026, the parties shall submit a joint letter proposing a fixed dollar amount that the receiver will be required to file as an undertaking pursuant to paragraph 33 of the Proposed Consent Order.

SO ORDERED.

Dated: October 14, 2026
New York, New York

Ronnie Abrams
United States District Judge