UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BNK 2018-BNK13 LLC 10 East 34th Street LLC,

Plaintiff,

v.

10EAST34TH, LLC, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD, JOHN DOE NO. 1 TO JOHN DOE NO. 100,

Defendants.

26-CV-6952 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court held an initial status conference in this matter on October 30, 2026. As discussed at the conference, the parties shall submit a joint status letter updating the Court on the matters discussed at the conference by no later than December 1, 2026.

SO ORDERED.

Dated: November 2, 2026
New York, New York

Ronnie Abrams
United States District Judge